UNITED STATES of America,
Plaintiff–Appellee,

v.

David M. MORISSETTE, Defendant–Appellant.

No. 02–10381.

D.C. No. CR–91–00440–EHC.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 15, 2003.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Rahman's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RYMER, KLEINFELD and FISHER, Circuit Judges.

## MEMORANDUM **

David M. Morissette appeals the district court's revocation of his supervised release and its imposition of 9 months' imprisonment to be followed by a subsequent term of supervised release, following Morissette's admitting to a number of violations of the conditions of his supervised release. Morissette's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Morissette has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.